

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00797-CV

**SPRUCE LENDING, INC**.,
Appellant

v.

Marcos **GARCIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04617
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

In a suit commenced in February 2009, Appellee Marcos Garza contracted with New Sun Energies, LLC for the installation of a solar panel system on his residence and the financing of the purchase. New Sun Energies assigned its rights under the financing agreement with Garcia to Appellant Spruce Lending, Inc. Garcia subsequently filed suit against Spruce complaining about the installation of the solar panels and Spruce moved to compel arbitration under the financing agreement. On October 18, 2018, the trial court denied Spruce's motion to compel arbitration and this appeal ensued.

On October 24, 2018, Appellant Spruce Lending, Inc. moved this court to stay the trial court proceedings during the pendency of the interlocutory appeal.

Appellant's motion is GRANTED. We ORDER that all further proceedings at the trial court level in cause number 2018CV04617 are STAYED pending further order of this court or resolution of this appeal numbered 04-18-00797-CV. *See* TEX. R. APP. P. 29.3; *Oryx Capital Int'l, Inc. v. Sage Apartments, L.L.C.*, 167 S.W.3d 432, 436–37 (Tex. App.—San Antonio 2005, no pet.) (granting a stay of all proceedings pending resolution of the appellant's/defendant's interlocutory appeal).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court